

# Medicare Fee Schedule Calculator

## 2006 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|------|--------|-----------|--------------|
| 97010 | B | Hot or Cold Pack | $4.12 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $14.02 |
| 97014 | I | Electrical Stimulation (unattended) | $13.40 |
| | | This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes. | |
| 97016 | A | Vasopneumatic device | $13.06 |
| 97018 | A | Paraffin Bath | $5.81 |
| 97022 | A | Whirlpool | $13.70 |
| 97024 | A | Diathermy | $4.79 |
| 97026 | A | Infrared | $4.45 |
| 97028 | A | Ultraviolet | $5.55 |
| 97032 | A | Electrical Stimulation (manual) | $15.04 |
| 97033 | A | Iontophoresis | $19.14 |
| 97034 | A | Contrast Bath | $13.18 |
| 97035 | A | Ultrasound | $11.49 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $21.59 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $26.49 |
| 97112 | A | Neuromuscular Re Education | $27.69 |
| 97113 | A | Aquatic Therapy/Exercises | $30.02 |
| 97116 | A | Gait Training | $23.43 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $21.20 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $24.91 |
| 97150 | A | Group Therapeutic Procedures | $16.47 |
| 97530 | A | Therapeutic Activities | $27.65 |
| 97532 | A | Cognitive skills development | $23.59 |
| 97533 | A | Sensory integration | $24.95 |
| 97535 | A | Self Care / Home Management Training | $28.37 |
| 97537 | A | Community / work reintegration training | $26.00 |
| 97542 | A | Wheelchair Management / Propulsion training | $26.68 |

New Search

Exhibit 1, P.1



## Medicare Fee Schedule Calculator

### 2007 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|---|---|---|---|
| 97010 | B | Hot or Cold Pack | $4.23 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $13.08 |
| 97014 | I | Electrical Stimulation (unattended) | $12.72 |
| | | This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes. | |
| 97016 | A | Vasopneumatic device | $13.06 |
| 97018 | A | Paraffin Bath | $6.26 |
| 97022 | A | Whirlpool | $14.08 |
| 97024 | A | Diathermy | $4.57 |
| 97026 | A | Infrared | $4.23 |
| 97028 | A | Ultraviolet | $5.25 |
| 97032 | A | Electrical Stimulation (manual) | $14.43 |
| 97033 | A | Iontophoresis | $19.52 |
| 97034 | A | Contrast Bath | $12.73 |
| 97035 | A | Ultrasound | $10.70 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $21.56 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $25.13 |
| 97112 | A | Neuromuscular Re Education | $26.34 |
| 97113 | A | Aquatic Therapy/Exercises | $29.72 |
| 97116 | A | Gait Training | $22.26 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $20.22 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $23.62 |
| 97150 | A | Group Therapeutic Procedures | $15.79 |
| 97530 | A | Therapeutic Activities | $26.67 |
| 97532 | A | Cognitive skills development | $22.27 |
| 97533 | A | Sensory integration | $23.62 |
| 97535 | A | Self Care / Home Management Training | $27.01 |
| 97537 | A | Community / work reintegration training | $24.64 |
| 97542 | A | Wheelchair Management / Propulsion training | $24.98 |

New Search

Exhibit 1, P.2



American Physical Therapy Association

# Medicare Fee Schedule Calculator

## 2008 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|---|---|---|---|
| 97010 | B | Hot or Cold Pack | $4.22 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $12.99 |
| 97014 | I | Electrical Stimulation (unattended) | $12.36 |
| | | This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes. | |
| 97016 | A | Vasopneumatic device | $13.38 |
| 97018 | A | Paraffin Bath | $6.62 |
| 97022 | A | Whirlpool | $15.10 |
| 97024 | A | Diathermy | $4.57 |
| 97026 | A | Infrared | $4.22 |
| 97028 | A | Ultraviolet | $5.58 |
| 97032 | A | Electrical Stimulation (manual) | $14.70 |
| 97033 | A | Iontophoresis | $21.20 |
| 97034 | A | Contrast Bath | $13.02 |
| 97035 | A | Ultrasound | $10.62 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $22.55 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $25.33 |
| 97112 | A | Neuromuscular Re Education | $26.54 |
| 97113 | A | Aquatic Therapy/Exercises | $30.66 |
| 97116 | A | Gait Training | $22.47 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $20.45 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $23.82 |
| 97150 | A | Group Therapeutic Procedures | $16.06 |
| 97530 | A | Therapeutic Activities | $26.89 |
| 97532 | A | Cognitive skills development | $22.10 |
| 97533 | A | Sensory integration | $23.47 |
| 97535 | A | Self Care / Home Management Training | $27.23 |
| 97537 | A | Community / work reintegration training | $24.49 |
| 97542 | A | Wheelchair Management / Propulsion training | $24.83 |

New Search

Exhibit 1, P.3


American Physical Therapy Association

## Medicare Fee Schedule Calculator

### 2009 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|---|---|---|---|
| 97010 | B | Hot or Cold Pack | $4.29 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $13.75 |
| 97014 | I | Electrical Stimulation (unattended) | $12.53 |
| | | This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes. | |
| 97016 | A | Vasopneumatic device | $14.17 |
| 97018 | A | Paraffin Bath | $7.23 |
| 97022 | A | Whirlpool | $16.10 |
| 97024 | A | Diathermy | $4.94 |
| 97026 | A | Infrared | $4.61 |
| 97028 | A | Ultraviolet | $5.66 |
| 97032 | A | Electrical Stimulation (manual) | $15.39 |
| 97033 | A | Iontophoresis | $22.61 |
| 97034 | A | Contrast Bath | $13.94 |
| 97035 | A | Ultrasound | $11.00 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $23.66 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $26.68 |
| 97112 | A | Neuromuscular Re Education | $27.50 |
| 97113 | A | Aquatic Therapy/Exercises | $32.37 |
| 97116 | A | Gait Training | $23.41 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $21.28 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $24.82 |
| 97150 | A | Group Therapeutic Procedures | $16.76 |
| 97530 | A | Therapeutic Activities | $28.12 |
| 97532 | A | Cognitive skills development | $23.22 |
| 97533 | A | Sensory integration | $24.85 |
| 97535 | A | Self Care / Home Management Training | $28.15 |
| 97537 | A | Community / work reintegration training | $25.54 |
| 97542 | A | Wheelchair Management / Propulsion training | $25.87 |

New Search

Exhibit 1, P.4


American Physical Therapy Association

# Medicare Fee Schedule Calculator

## 2010 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|---|---|---|---|
| 97010 | B | Hot or Cold Pack | $4.84 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $14.66 |
| 97014 | I | Electrical Stimulation (unattended) | $13.49 |
| | | *This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes.* | |
| 97016 | A | Vasopneumatic device | $15.60 |
| 97018 | A | Paraffin Bath | $8.01 |
| 97022 | A | Whirlpool | $18.04 |
| 97024 | A | Diathermy | $5.54 |
| 97026 | A | Infrared | $4.84 |
| 97028 | A | Ultraviolet | $6.28 |
| 97032 | A | Electrical Stimulation (manual) | $16.42 |
| 97033 | A | Iontophoresis | $25.23 |
| 97034 | A | Contrast Bath | $15.29 |
| 97035 | A | Ultrasound | $11.78 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $26.32 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $28.37 |
| 97112 | A | Neuromuscular Re Education | $29.42 |
| 97113 | A | Aquatic Therapy/Exercises | $35.38 |
| 97116 | A | Gait Training | $25.11 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $22.92 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $26.57 |
| 97150 | A | Group Therapeutic Procedures | $18.21 |
| 97530 | A | Therapeutic Activities | $30.46 |
| 97532 | A | Cognitive skills development | $24.48 |
| 97533 | A | Sensory integration | $26.59 |
| 97535 | A | Self Care / Home Management Training | $30.48 |
| 97537 | A | Community / work reintegration training | $27.31 |
| 97542 | A | Wheelchair Management / Propulsion training | $27.66 |

New Search

Exhibit 1, P.5



Home > Payment > Medicare > Medicare Fee Calculator

# Medicare Fee Schedule Calculator

## 2011 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|------|--------|-----------|--------------|
| 97010 | B | Hot or Cold Pack | $5.11 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $14.80 |
| 97014 | I | Electrical Stimulation (unattended) | $14.04 |
| | | This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes. | |
| 97016 | A | Vasopneumatic device | $16.63 |
| 97018 | A | Paraffin Bath | $8.99 |
| 97022 | A | Whirlpool | $19.52 |
| 97024 | A | Diathermy | $5.76 |
| 97026 | R | Infrared | $5.11 |
| 97028 | A | Ultraviolet | $6.44 |
| 97032 | A | Electrical Stimulation (manual) | $17.07 |
| 97033 | A | Iontophoresis | $27.11 |
| 97034 | A | Contrast Bath | $15.71 |
| 97035 | A | Ultrasound | $11.50 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $28.11 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $28.71 |
| 97112 | A | Neuromuscular Re Education | $30.01 |
| 97113 | A | Aquatic Therapy/Exercises | $37.43 |
| 97116 | A | Gait Training | $25.40 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $23.38 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $27.06 |
| 97150 | A | Group Therapeutic Procedures | $18.39 |
| 97530 | A | Therapeutic Activities | $31.29 |
| 97532 | A | Cognitive skills development | $24.49 |
| 97533 | A | Sensory integration | $26.76 |
| 97535 | A | Self Care / Home Management Training | $31.30 |
| 97537 | A | Community / work reintegration training | $27.42 |
| 97542 | A | Wheelchair Management / Propulsion training | $27.74 |

New Search

Exhibit 1, P.6


American Physical Therapy Association

## Medicare Fee Schedule Calculator

### 2012 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|---|---|---|---|
| 97010 | B | Hot or Cold Pack | $5.31 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $14.87 |
| 97014 | I | Electrical Stimulation (unattended) | $14.35 |
| | | This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes. | |
| 97016 | A | Vasopneumatic device | $17.13 |
| 97018 | A | Paraffin Bath | $9.34 |
| 97022 | A | Whirlpool | $20.51 |
| 97024 | A | Diathermy | $5.93 |
| 97026 | R | Infrared | $5.31 |
| 97028 | A | Ultraviolet | $6.61 |
| 97032 | A | Electrical Stimulation (manual) | $17.35 |
| 97033 | A | Iontophoresis | $28.52 |
| 97034 | A | Contrast Bath | $15.99 |
| 97035 | A | Ultrasound | $11.66 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $28.89 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $29.11 |
| 97112 | A | Neuromuscular Re Education | $30.35 |
| 97113 | A | Aquatic Therapy/Exercises | $38.36 |
| 97116 | A | Gait Training | $25.66 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $23.85 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $27.19 |
| 97150 | A | Group Therapeutic Procedures | $18.65 |
| 97530 | A | Therapeutic Activities | $31.86 |
| 97532 | A | Cognitive skills development | $24.44 |
| 97533 | A | Sensory integration | $26.91 |
| 97535 | A | Self Care / Home Management Training | $31.58 |
| 97537 | A | Community / work reintegration training | $27.56 |
| 97542 | A | Wheelchair Management / Propulsion training | $28.18 |

New Search

Exhibit 1, P.7



American Physical Therapy Association

Home > Payment > Medicare > Medicare Fee Calculator

# Medicare Fee Schedule Calculator

## 2013 Payment Rates for South Carolina

| Code | Status | Treatment | Payment Rate |
|---|---|---|---|
| 97010 | B | Hot or Cold Pack | $5.62 |
| | | *** There is not a price for this code in the fee schedule since this code is a bundled procedure. Therefore, payment cannot be made for 97010 when billed alone. | |
| 97012 | A | Mechanical Traction | $15.18 |
| 97014 | I | Electrical Stimulation (unattended) | $14.96 |
| | | This code is not recognized by Medicare. Use G0283 when reporting unattended electrical stimulation for other than wound care purposes. | |
| 97016 | A | Vasopneumatic device | $18.36 |
| 97018 | A | Paraffin Bath | $10.26 |
| 97022 | A | Whirlpool | $22.04 |
| 97024 | A | Diathermy | $5.93 |
| 97026 | R | Infrared | $5.62 |
| 97028 | A | Ultraviolet | $6.92 |
| 97032 | A | Electrical Stimulation (manual) | $17.96 |
| 97033 | A | Iontophoresis | $30.67 |
| 97034 | A | Contrast Bath | $16.91 |
| 97035 | A | Ultrasound | $11.96 |
| 97036 | A | Hubbard Tank / Hydrotherapy | $31.04 |
| 97039 | C | Physical therapy treatment - unlisted | $0.00 |
| 97110 | A | Therapeutic Exercises | $30.33 |
| 97112 | A | Neuromuscular Re Education | $31.57 |
| 97113 | A | Aquatic Therapy/Exercises | $40.82 |
| 97116 | A | Gait Training | $26.78 |
| | | ** Code 97504 should not be reported with code 97116 | |
| 97124 | A | Massage | $24.77 |
| 97139 | C | Physical Medicine Procedure | $0.00 |
| 97140 | A | Manual Therapy | $28.41 |
| 97150 | A | Group Therapeutic Procedures | $16.54 |
| 97530 | A | Therapeutic Activities | $33.08 |
| 97532 | A | Cognitive skills development | $25.04 |
| 97533 | A | Sensory integration | $27.52 |
| 97535 | A | Self Care / Home Management Training | $32.81 |
| 97537 | A | Community / work reintegration training | $28.48 |
| 97542 | A | Wheelchair Management / Propulsion training | $28.79 |

New Search

Exhibit 1, P.8