# EXHIBIT 2

The schedules attached hereto as part of this exhibit were compiled from copies of original schedules maintained by Drayer Physical Therapy Institute for the Bluffton, SC center for the dates identified on the schedules.

## Legend for Schedules

Uppercase Letters:  Patient's Initials

Lowercase Letters:  Abbreviations Used On Drayer's Schedules

**mf** = Medicare Patient follow up
**fup** = Follow up of Non-Medicare Patient
**np** = New patient (Initial evaluation performed by PT; takes about an hour)
**spec** = usually incontinence/pelvic floor patient; or patient requires more time
**dns out** = do not schedule, followed by name of PT or PTA who is out
**f/d out** = full day out followed by staff member that is out.
**r/s** = rescheduled from....( day patient canceled)
**ie** = initial evaluation of new patient (takes about an hour)

| 7/18/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | MS mf | | | |
| | TR np | | | |
| | WG mf | | | |
| | WM mf | | | |
| | | | | |
| 07:30a | PG mf | | | |
| | DS fup | | | |
| | AR mf | | | |
| 08:00a | SM fup | | MG fup | AR mf |
| | JG np | | WN fup | HM mf |
| | | | KH fup | |
| 08:30a | ML ff | | | JM fup |
| 09:00a | LC fup | | MD mf | CG mf |
| | DG mf | | KG fup | FC fup |
| | | | AS mf | |
| 09:30a | HG fup | | MM fup | RT mf |
| 10:00a | BE mf | JU fup | GC fup | RT mf |
| | BS np | AA mf | JJ mf | TS fup |
| 10:30a | | NM mf | OG mf | AT mf |
| 11:00a | | SS fup | BB fup | HC mf |
| | | MC fup | SC mf | AQ fup |
| | | | JM fup | S ? |
| 11:30a | | TC fup | | |
| 12:00p | EL mf | MO fup | | |
| | MD fup | | | |
| 12:30p | AT fup | | | |
| | DW fup | | | |
| 01:00p | PP fup | KW fup | WA fup | aw spec |
| | | KA fup | LJ fup | G ? |
| 01:30p | JF fup | | DL mf | |
| 02:00p | PW fup | | PR mf | RT fup |
| | MC np | | BD ? | |
| 02:30p | | | | |
| 03:00p | AF fup | PH mf | LB fup | MD fup |
| | | DW mf | FS mf | L ? |
| 03:30p | | LJ fup | LA mf | G ? |
| 04:00p | | EH mf | JP mf | JV mf |
| | | MT fup | PG fup | NT fup |
| 04:30p | | LH fup | | |
| 05:00p | | CB fup | | AK fup |
| | | SD fup | | |
| 05:30p | | | | |
| 06:00p | | NJ fup | | |
| | | EJ fup | | |
| | | | | |

| 7/19/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | DS fup | Craig called in sick. | OUT | |
| | | Patients absorbed | | |
| 07:30a | | | | |
| 08:00a | ZS fup | | | |
| | JF fup | | | |
| 08:30a | BE mf | | | |
| 09:00a | CA mf | | | MD mf |
| | DH mf | | | JK np |
| 09:30a | SL mf | | | |
| 10:00a | TB mf | DC mf | | DT np |
| | Casey training spec | AA mf | | |
| 10:30a | | RE mf | | BB fup |
| 11:00a | | AC np | | JC fup |
| | | | | CP spec |
| 11:30a | | | | |
| 12:00p | SF fup | | | |
| | JS fup | | | |
| 12:30p | RR mf | MO fup | | |
| 01:00p | DS np | KW fup | | |
| | | MC fup | | |
| 01:30p | | | | |
| 02:00p | RF mf | | | MM spec |
| | MC fup | | | |
| 02:30p | CB fup | | | |
| 03:00p | | | | HJ spec |
| | | | | BM mf |
| 03:30p | | | | |
| 04:00p | | LJ fup | | MT spec |
| | | DW mf | | |
| 04:30p | | | | |
| 05:00p | | SH fup | | |
| | | SN fup | | |
| 05:30p | | NJ fup | | |
| 06:00p | | KK np | | |
| | | JR fup | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 7/20/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | MS mf | | | |
| | TR mf | | | |
| | JG mf | | | |
| | WM mf | | | |
| 07:30a | PG mf | | | |
| | JG fup | | | |
| 08:00a | SM fup | | MG fup | |
| | AR mf | | KH fup | |
| | | | WN fup | |
| 08:30a | | | BD fup | |
| 09:00a | ZS fup | | KG fup | FC fup |
| | DS fup | | AS mf | HM mf |
| 09:30a | HG fup | | OG mf | W? |
| 10:00a | BE mf | JU fup | LB fup | TS fup |
| | PP fup | VJ mf | FS mf | AM np |
| | GC fup | | | |
| 10:30a | | PH mf | JJ mf | MD fup |
| | | | | |
| 11:00a | | SS fup | SC mf | HC mf |
| | | NM mf | LA mf | AQ fup |
| | | | | T ? |
| 11:30a | | TC fup | | |
| 12:00p | EL mf | MC fup | | |
| | SF fup | BC fup | | |
| 12:30p | MD fup | | | |
| | DW fup | | | |
| 01:00p | SL mf | CG fup | WA fup | RT fup |
| | | | LJ fup | DT fup |
| 01:30p | BS mf | | DL mf | RT mf |
| 02:00p | PW fup | | KO np | BS spec |
| | | | | L ? |
| 02:30p | | | PR mf | |
| 03:00p | JR mf | | ER mf | JS np |
| | | | PG fup | |
| 03:30p | | | D ? | SD fup |
| 04:00p | EH mf | | JP mf | JV mf |
| | | | MM fup | MT fup |
| 04:30p | | | | BH fup |
| 05:00p | AJ np | | | AK fup |
| | | | | |
| 05:30p | | | | |
| 06:00p | KK fup | EJ fup | | |
| | | | | |
| | | | | |

| 7/26/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | MS mf | | | |
| | | | | |
| 07:30a | SH fup | | | |
| 08:00a | MM fup | | | |
| | BB fup | | | |
| 08:30a | CB fup | | | |
| 09:00a | CA mf | | | |
| | JF fup | | | |
| | JL mf | | | |
| 09:30a | MC fup | | | |
| | DR np | | | |
| 10:00a | TB mf | | | |
| | | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | PP fup | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | RF mf | | | |
| | | | | |
| 01:30p | | | | |
| 02:00p | | | | |
| | | | | |
| 02:30p | | | | |
| 03:00p | JR mf | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |

Ex. 2, p. 5

| 7/27/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | TR  mf | | | |
| | MH  np | | | |
| 07:30a | JG  fup | | | |
| 08:00a | MM  fup | | | |
| | AR  fup | | | |
| 08:30a | ML  mf | | | |
| 09:00a | BS  mf | | | |
| | HG  fup | | | |
| 09:30a | SL  mf | | | |
| 10:00a | ZS  fup | | | |
| | BE  mf | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | PG  MF  In @ 7am | | | |
| | EL  mf | | | |
| 12:30p | DW  fup | | | |
| 01:00p | DS  fup | | | |
| | RR  mf | | | |
| 01:30p | | | | |
| 02:00p | JL  mf | | | |
| | | | | |
| 02:30p | | | | |
| 03:00p | NS  np | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 7/28/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | ML mf | | | |
| | MS mf | | | |
| 07:30a | DS fup | | | |
| 08:00a | MT fup | | | |
| | MH fup | | | |
| 08:30a | CB fup | | | |
| 09:00a | BS mf | | | |
| | | | | |
| 09:30a | DR mf | | | |
| 10:00a | SL mf | | | |
| | TB mf | | | |
| 10:30a | | | | |
| 11:00a | PP fup | | | |
| | RT mf | | | |
| 11:30a | | | | |
| 12:00p | | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | MC fup | | | |
| | SF fup CAME IN @ 3 | | | |
| 01:30p | BS fup | | | |
| 02:00p | HG fup | | | |
| | JF fup | | | |
| 02:30p | NS mf | | | |
| 03:00p | JR mf | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/1/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CHRIS F/D OUT | | Casey out | |
| | MS  mf | | DS  mf | |
| | PG  mf | | | |
| 07:30a | | | MM  fup | |
| 08:00a | AR  fup | | BE  mf | HM  mf |
| | | | | |
| 08:30a | TR  mf | | ER  mf | JM  fup |
| 09:00a | NM  mf | | MD  mf | ELAINE OUT |
| | | | KG  fup | RT  mf |
| 09:30a | HG  fup | | SN  fup | JM  fup |
| 10:00a | PP  fup | CH  fup | BB  fup | MD  fup |
| | | AC  mf | LJ  fup | |
| 10:30a | | PH  mf | LA  mf | PC  mf |
| 11:00a | | SC  mf | LB  fup | HC  mf |
| | | LO  mf | | AK  fup |
| 11:30a | | | | |
| 12:00p | P? | MB  mf | | |
| | | | | |
| 12:30p | EL  mf | | | |
| 01:00p | SF  fup | HM  np | WA  fup | AB  np |
| | | | JS  fup | JS  mf |
| 01:30p | BS  mf | | TB  np | RT  fup |
| 02:00p | ZS  fup | | | DT  fup |
| | | | | FC  fup |
| 02:30p | SL  mf | M? | JM  fup | |
| 03:00p | JL  mf | HM  np | GC  fup | BD  fup |
| | | | KO  mf | MH  fup |
| 03:30p | | EH  mf | | VJ  mf |
| 04:00p | | DW  mf | | MM  np |
| | | MC  fup | | CB  fup |
| 04:30p | | DR  mf | | |
| 05:00p | | JD  fup | | |
| | | DW  fup | | |
| 05:30p | | AJ  fup | | |
| 06:00p | | MC  np | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/2/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CHRIS F/D OUT | | CASEY OUT | |
| | MS mf | | DS mf | |
| 07:30a | MH fup | | ML mf | |
| 08:00a | | | | |
| | | | | |
| 08:30a | DW mf | | RM np | |
| 09:00a | BE mf | | | JK fup |
| | | | | |
| 09:30a | DR mf | | | WILLIE spec |
| 10:00a | | DC mf | | JM mf |
| | | | | CG mf |
| 10:30a | | | | JU mf |
| 11:00a | | | OG mf | AQ fup |
| | | | LA mf | |
| 11:30a | | | | |
| 12:00p | RR mf | | | |
| | | | | |
| 12:30p | | DW fup | | |
| 01:00p | SF fup | DS fup | BW spec | MM spec |
| | | | | |
| 01:30p | | | | BS fup |
| 02:00p | JF fup | | KO mf | RR mf |
| | | | | MH fup |
| 02:30p | SL mf | | PG fup | |
| 03:00p | JR mf | ZS fup | DL mf | |
| | | | | |
| 03:30p | | K? | | |
| 04:00p | | MG mf | | |
| | | SN fup | | |
| 04:30p | | MO fup | | |
| 05:00p | | MD np | | |
| | | | | |
| 05:30p | | AJ fup | | |
| 06:00p | | MH fup | | |
| | | KK fup | | |
| | | NJ fup | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/4/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CHRIS F/D OUT | | | |
| | MS  mf | | | |
| 07:30a | PG  mf | | | |
| | MH  fup | | | |
| 08:00a | | | | |
| | | | | |
| 08:30a | | | | |
| 09:00a | DR  mf | | | |
| | | | | |
| 09:30a | | | | |
| 10:00a | JL  mf | | | |
| | | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | S? | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | SF  fup | | | |
| | HG  fup | | | |
| 01:30p | BS  mf | | | |
| 02:00p | JF  fup | | | |
| | | | | |
| 02:30p | SL  mf | | | |
| 03:00p | JR  mf | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |

| 8/9/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | MS mf | | TY OUT F/D | ELAINE OUT F/D |
| | ML mf | | | |
| 07:30a | MH fup | | | |
| | JG fup | | | |
| 08:00a | LC fup | | | |
| | | | | |
| 08:30a | ALICIA F/D OUT | | | |
| 09:00a | JL mf | | | JK fup |
| | FC fup | | | |
| 09:30a | DF np | | | W spec |
| 10:00a | DR mf | DC mf | | BB fup |
| | RR mf | SS fup | | |
| 10:30a | | CC mf | | MB fup |
| 11:00a | GH np | MO fup | | |
| | | ZS fup | | |
| 11:30a | | | | |
| 12:00p | | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | DS fup | MD fup | | |
| | PP fup | | | |
| 01:30p | | | | |
| 02:00p | SS np | JL np | | |
| | JF fup | | | |
| 02:30p | BS fup | | | PAIGE OUT |
| 03:00p | MC fup | MG mf | | |
| | | E spec | | |
| 03:30p | | | | |
| 04:00p | | BR np | | |
| | | SN fup | | |
| 04:30p | | HS fup | | |
| 05:00p | | LM fup | | |
| | | KM fup | | |
| | | JW fup | | |
| 05:30p | | AJ fup | | |
| 06:00p | | JS fup | | |
| | | NJ fup | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/10/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | JA np | | | ELAINE FD/OUT |
| | | | | |
| 07:30a | PG mf | | | |
| | MH fup | | | |
| 08:00a | AR fup | | KH fup | |
| | | | MM fup | |
| 08:30a | TR mf | | | JM fup |
| 09:00a | LE mf | | KG fup | ER mf |
| | BE mf | | HT fup | |
| 09:30a | HG fup | | | FC fup |
| 10:00a | BS mf | PP fup | BB fup | DT fup |
| | CB fup | PH mf | GC fup | MD fup |
| 10:30a | | LO mf | MD mf | |
| 11:00a | | DR mf | SC mf | HC mf |
| | | MC fup | OG mf | |
| 11:30a | | SS fup | | |
| 12:00p | SF fup | MB mf | | |
| | MC fup | | | |
| 12:30p | | DW fup | | |
| 01:00p | RR mf | CB fup | WA fup | |
| | NP ? | HM fup | PR mf | |
| 01:30p | | | SM mf | MS mf |
| 02:00p | R? | BR mf | BG fup | J? |
| | | | BD fup | |
| 02:30p | SL mf | | JM fup | JS mf |
| 03:00p | | K spec | | CS mf |
| | | MG mf | | |
| 03:30p | | HM mf | DL mf | WM mf |
| 04:00p | | PG fup | JS fup | AK fup |
| | | EH mf | JM mf | |
| 04:30p | | HL fup | KO mf | |
| 05:00p | | MD fup | | |
| | | MW fup | | |
| | | AJ fup | | |
| 05:30p | | MH fup | | |
| 06:00p | | LM fup | | |
| | | KM fup | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/11/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | MS  mf | | | |
| | ML  mf | | | |
| 07:30a | MH  fup | | | |
| | JG  fup | | | |
| 08:00a | MM  fup | | TY OUT | ELAINE OUT |
| | | | | |
| 08:30a | MS  fup | | | |
| 09:00a | LJ  fup | | | |
| | GH  mf | | | |
| 09:30a | W   spec | | | |
| 10:00a | HG  fup | PC  mf | | |
| | DB  fup | DC  mf | | |
| 10:30a | | CC  mf | | |
| 11:00a | | MO  fup | | |
| | | ZS   fup | | |
| 11:30a | | FD  np | | |
| 12:00p | SF  fup | PG  fup | | |
| | PP  fup | | | |
| 12:30p | JF  fup | RS  fup | | |
| 01:00p | DS  fup | SL  fup | | |
| | CF  MKT/DEAN OUT | | | |
| 01:30p | JL  fup | | | |
| 02:00p | MS  mf | | | |
| | BS  fup | | | |
| 02:30p | SL  mf | DS  np | | |
| 03:00p | DF  mf | JL  fup | | |
| | BB  fup | JW  fup | | |
| 03:30p | | DW  mf | | |
| 04:00p | | HS  fup | | |
| | | SN  fup | | |
| 04:30p | | AK  fup | | |
| 05:00p | | R   np | | |
| | | | | |
| 05:30p | | AJ  fup | | |
| 06:00p | | JS  fup | | |
| | | SM  np | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/12/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
|  | ALICIA OUT F/D |  |  |  |
| 07:00a | NJ fup |  |  |  |
|  | ML mf |  |  |  |
| 07:30a | PG mf |  |  |  |
|  | JA fup |  |  |  |
| 08:00a | AR fup |  |  |  |
|  | FB mf |  |  |  |
|  | MM fup |  |  |  |
| 08:30a | TR mf |  |  |  |
| 09:00a | LE mf |  |  |  |
|  | BB fup |  |  |  |
| 09:30a | MS fup |  |  |  |
| 10:00a | BS mf |  |  |  |
|  | DF mf |  |  |  |
| 10:30a |  |  |  |  |
| 11:00a | HG fup |  |  |  |
|  |  |  |  |  |
| 11:30a |  |  |  |  |
| 12:00p | B  spec |  |  |  |
|  | EL mf |  |  |  |
| 12:30p | KM np |  |  |  |
| 01:00p | DS fup |  |  |  |
|  | RR mf |  |  |  |
| 01:30p | BS fup |  |  |  |
| 02:00p | JF fup |  |  |  |
|  | MH fup |  |  |  |
| 02:30p |  |  |  |  |
| 03:00p | MR np |  |  |  |
|  |  |  |  |  |
| 03:30p |  |  |  |  |
| 04:00p |  |  |  |  |
|  |  |  |  |  |
| 04:30p |  |  |  |  |
| 05:00p |  |  |  |  |
|  |  |  |  |  |
| 05:30p |  |  |  |  |
| 06:00p |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| 8/15/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| | MARIA F/D OUT | | | |
| 07:00a | ML mf | | | |
| | | | | |
| 07:30a | JG fup | | | |
| | PG mf | | | |
| 08:00a | DS fup | | KH fup | AR fup |
| | GH mf | | MM fup | |
| | KM fup | | | |
| 08:30a | TR mf | | GC fup | JM fup |
| | BS fup | | | |
| 09:00a | ML np | | ER mf | MD fup |
| | LE mf | | | HM mf |
| | HG fup | | | |
| 09:30a | | | | FC fup |
| 10:00a | DF mf | PH mf | BB fup | AK fup |
| | JF fup | BR mf | | PC mf |
| | HG np | | | |
| 10:30a | | MW fup | KG fup | CB fup |
| | | CC mf | | |
| 11:00a | | JO mf | SC mf | HC mf |
| | | DC mf | OG mf | CM np |
| | | JW fup | | |
| 11:30a | | FD fup | | |
| 12:00p | EL mf | MB mf | | |
| | SF fup | | | |
| | LT np | | | |
| 12:30p | MC fup | SN fup | | |
| 01:00p | MR np | HM fup | BG fup | JS np |
| | | HM mf | WA fup | |
| 01:30p | | | SM mf | |
| 02:00p | FB mf | | LJ fup | JS np |
| | JD fup | | | MS mf |
| 02:30p | SL mf | | JM fup | JC fup |
| 03:00p | GG np | JL fup | PG fup | WM mf |
| | | ZS fup | | HG np |
| 03:30p | | DW mf | DL mf | |
| 04:00p | | MG mf | KO mf | |
| | | HS fup | HT fup | |
| | | EH mf | | |
| 04:30p | | DR mf | | |
| | | JA fup | | |
| 05:00p | | MD fup | | JM fup |
| | | PM np | | |
| 05:30p | | MH fup | | |
| | | HL fup | | |

| 8/15/2011 | Page 2 | Craig Dye | | |
|---|---|---|---|---|
| 06:00p | | MC fup | | |
| | | NJ fup | | |
| | | CB fup | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/16/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| | MARIA F/D OUT | | TY F/D OUT | |
| 07:00a | ML  mf | | | |
| | | | | |
| 07:30a | MH  fup | | | |
| 08:00a | MM  fup | | | |
| | DS  fup | | | |
| 08:30a | TR  mf | | | |
| | BS  fup | | | |
| 09:00a | MS  fup | | | JK  fup |
| | DR  mf | | | JG  fup |
| 09:30a | KM  fup | | | W  spec |
| 10:00a | DF  mf | BR  mf | | BB  fup |
| | RR  mf | DC  mf | | BG  spec |
| 10:30a | DB  fup | PG  fup | | DT  fup |
| 11:00a | | SS  fup | | LK  np |
| | | CC  mf | | |
| 11:30a | STAFF JEFF | STAFF JEFF | STAFF JEFF | STAFF JEFF |
| 12:00p | | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | | PP  mf | | MM  spec |
| | | DS  fup | | SF  fup |
| 01:30p | | | | |
| 02:00p | JF  fup | | | MV  np |
| | DNS CHRIS OUT | | | |
| 02:30p | SL  mf | | | |
| 03:00p | CB  fup | LM  fup | | AJ  np |
| | MR  mf | | | |
| 03:30p | | KM  fup | | |
| 04:00p | | DW  mf | | CJ  fup |
| | | RC  fup | | CS  np |
| 04:30p | | MO  fup | | |
| 05:00p | | RT  fup | | |
| | | AJ  fup | | |
| 05:30p | | SM  fup | | |
| | | HL  fup | | |
| 06:00p | | NJ  fup | | |
| | | JS  fup | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 8/17/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| | MARIA F/D OUT | | | |
| 07:00a | LM fup | | | |
| | | | | |
| 07:30a | JG fup | | | |
| | PG mf | | | |
| | MH fup | | | |
| 08:00a | FB mf | | KH fup | |
| | AR mf | | GC fup | |
| 08:30a | BS fup | | | JM fup |
| 09:00a | LE mf | | LJ fup | HM mf |
| | HG fup | | SN fup | MD fup |
| 09:30a | | | | CG mf |
| 10:00a | HG fup | PH mf | | JS fup |
| | TT np | HM fup | | SD np |
| 10:30a | KM spec | | | |
| 11:00a | | JO mf | SC mf | PC mf |
| | | | OG mf | |
| 11:30a | | FD fup | | |
| 12:00p | EL mf | MB mf | | |
| | MC fup | | | |
| | LT fup | | | |
| 12:30p | | DW fup | | |
| 01:00p | RM mf | | BG fup | CM fup |
| | | | | HG spec |
| 01:30p | | | SM mf | |
| 02:00p | MS fup | | | MS mf |
| | JD fup | | | |
| 02:30p | SL mf | | JM fup | |
| 03:00p | | JL fup | PG fup | WM mf |
| | | PM fup | BB fup | |
| 03:30p | | ZS fup | JM mf | JS mf |
| 04:00p | | HS fup | DL mf | |
| | | SN fup | | |
| | | EH mf | | |
| 04:30p | | DR mf | | CS fup |
| 04:45P | | HT fup | | |
| 05:00p | | RT fup | | AK fup |
| | | | | JM fup |
| 05:30p | | K spec | | |
| 06:00p | | MW fup | | |
| | | MC fup | | |
| | | CB fup | | |
| | | | | |
| | | | | |

| 8/18/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | ML mf | | | |
| | | | | |
| 07:30a | PG mf | | | |
| | MH fup | | | |
| 08:00a | FB mf | | | |
| | DS fup | | | |
| 08:30a | DR mf | | | |
| | GH mf | | | |
| 09:00a | MC fup | | | |
| | SL mf | | | |
| | HG fup | | | |
| 09:30a | TT mf | | | |
| 10:00a | JF fup | | | |
| | SF fup | | | |
| | DG fup | | | |
| | HG fup | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | | | | |
| | | | | |
| 01:30p | | | | |
| 02:00p | | | | |
| | | | | |
| 02:30p | | | | |
| 03:00p | | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |

| 12/23/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | RF fup | | | |
| | TL fup | | | |
| | ML mf | | | |
| | MS fup | | | |
| 07:30a | GR fup | | | |
| | RL fup | | | |
| 08:00a | AR fup | | | |
| | MB mf | | | |
| | MW mf | | | |
| 08:30a | AS fup | | | |
| | RL fup | | | |
| | BS fup | | | |
| 09:00a | BM mf | | | |
| 09:30a | JG fup | | | |
| | LL fup | | | |
| | EH mf | | | |
| | MB mf | | | |
| 10:00a | WB fup | | | |
| | TG spec | | | |
| 10:30a | JD fup | | | |
| 11:00a | JW np | | | |
| 12:00p | SC fup | | | |
| | RM mf | | | |
| 12:30p | KR fup | | | |
| | TC mf | | | |
| 01:00p | EP mf | | | |
| | RG mf | | | |
| 01:30p | RW fup | | | |
| | VL mf | | | |
| 02:00p | NV mf | | | |
| | TL fup | | | |
| | ES mf | | | |
| 02:30p | DC fup | | | |
| | DG mf | | | |
| 03:00p | ZF np | | | |
| | FF mf | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 12/26/2011 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | TL fup | | BD fup | |
| | VW mf | | RF fup | |
| | ML mf | | CM fup | |
| 07:30a | RL fup | | WS mf | |
| | CHRIS F/D OUT | | | |
| 08:00a | SC fup | | GH mf | BS spec |
| | DNS spec | | S ? | R spec |
| 08:30a | RL fup | | MB fup | BM mf |
| | KC fup | | | NR mf |
| | CHRIS F/D OUT | | | |
| 09:00a | EP fup | | SW fup | HS fup |
| | A | | BB fup | MG mf |
| 09:30a | EH mf | JAKE F/D OUT | MM mf | JC fup |
| 10:00a | | CF mf | RB mf | MS fup |
| | | RG np | GR fup | |
| 10:30a | | NM fup | ? | TG spec |
| | | DE fup | | |
| 11:00a | | ZF fup | KS mf | EP mf |
| | | RA fup | | |
| 11:30a | | IL fup | | |
| | | EB fup | | |
| 12:00p | RM mf | MB mf | | |
| | HG fup | | | |
| 12:30p | JG fup | CC fup | | |
| | | KB mf | | |
| 01:00p | MS fup | JW fup | RM mf | JW mf |
| | KR fup | | LR mf | |
| 01:30p | RS fup | | DM mf | WB fup |
| 02:00p | DC fup | | DL fup | SK fup |
| | TL fup | | | NV mf |
| 02:30p | FF mf | | BB fup | |
| 03:00p | MB mf | CD fup | | IL np |
| | | AL mf | | |
| 03:30p | | JD mf | | |
| | | KB fup | | |
| 04:00p | | | | RB fup |
| 04:30p | | TW fup | | |
| 05:00p | | BV fup | | |
| | | PB fup | | |
| 05:30p | | JR fup | | |
| 06:00p | | AT fup | | |
| | | BS fup | | |
| | | SP fup | | |

| 1/4/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | RL fup | | | |
| | TL fup | | | |
| 07:30a | EP fup | | | |
| | AS fup | | | |
| 08:00a | MW mf | | RM mf | MS fup |
| | CA np | | | JC fup |
| 08:30a | JG fup | | SS fup | |
| 09:00a | KC fup | | RS mf | RD np |
| | CM mf | | MB fup | |
| 09:30a | MB mf | | BG fup | H spec |
| | LL fup | | | |
| 10:00a | GR fup | CF mf | LB mf | GL fup |
| | JG mf | TW fup | RB mf | |
| | ML mf | | | |
| 10:30a | | JP fup | SG fup | NR mf |
| | | JL fup | | |
| 11:00a | | KB mf | AI mf | RW fup |
| | | HV fup | JP mf | |
| 11:30a | | IL fup | | |
| 12:00p | HG fup | MB mf | | |
| | RM mf | JD mf | | |
| 12:30p | NR fup | PB fup | | |
| | RH mf | LC mf | | |
| 01:00p | PP fup | JW fup | PP mf | LS np |
| | BS np | ZF fup | | |
| 01:30p | NS mf | | DM mf | |
| 02:00p | BH np | | BB fup | NV mf |
| | | | PC fup | BG fup |
| 02:30p | TL fup | | | SK fup |
| 03:00p | JM fup | CD fup | | JL mf |
| | TF fup | AL mf | | JM mf |
| 03:30p | | DD mf | LR mf | |
| 04:00p | | GB fup | DL fup | CT mf |
| | | | | JW mf |
| 04:30p | | PW fup | | |
| | | CC fup | | |
| 05:00p | | TW fup | | |
| | | KB fup | | |
| | | RB fup | | |
| 05:30p | | WF fup | | |
| | | KB fup | | |
| | | CY fup | | |
| | | AG mf | | |
| 06:00p | | BS fup | | |
| | | DS fup | | |

| | | Craig Dye | | |
|---|---|---|---|---|
| 1/4/2012 | Page 2 | | | |
| 6:00p | | JH fup | | |
| | | PA fup | | |
| | | SP fup | | |

| 1/16/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CL fup | | | |
| 07:30a | | | | |
| 08:00a | CF np | | BG fup | RM np |
| | | | SS fup | |
| | | | ND fup | |
| 08:30a | RF mf | | LB mf | MS fup |
| | CA fup | | | |
| 09:00a | NR mf | | RB mf | RW fup |
| | KC fup | | SW fup | PK fup |
| 09:30a | CM mf | | RS mf | JC fup |
| | AP fup | | | |
| 10:00a | GR fup | LC mf | MB fup | PD mf |
| | MB mf | CF mf | PK mf | JM mf |
| | | TC fup | | |
| 10:30a | | LL mf | MI mf | MG mf |
| | | JA fup | CF mf | |
| 11:00a | | PB fup | AI mf | NR mf |
| | | AT np | KS mf | BG fup |
| 11:30a | | HT fup | | |
| | | PA fup | | |
| 12:00p | RH mf | MB mf | DK np | HP np |
| | | LL fup | | |
| | | DB fup | | |
| 12:30p | SB mf | JC mf | | |
| | RO np | | | |
| 01:00p | WB fup | JW fup | KH fup | NV mf |
| | RG mf | NL np | PC mf | IL mf |
| 01:30p | NS mf | | JM mf | IG mf |
| | CM np | | DM mf | |
| 02:00p | | | JP np | BS spec |
| 02:30p | DC fup | | | PR fup |
| | SC fup | | | |
| 03:00p | TL fup | DD mf | MM mf | JL mf |
| | MC mf | RR mf | SG fup | NC mf |
| | | CD fup | | |
| | | KW np | | |
| 03:30p | | RS mf | GJ fup | MJ mf |
| | | JD mf | | SS fup |
| 04:00p | | LL mf | DL fup | CT mf |
| | | | KO fup | JW mf |
| 04:30p | | JP fup | | |
| | | DC fup | | |
| 05:00p | | KB fup | | |
| | | WF fup | | |

| 1/16/2012 | PAGE 2 | Craig Dye | | |
|---|---|---|---|---|
| 5:OO | | KT fup | | |
| 05:30p | | AG mf | | |
| | | DS fup | | |
| | | TW fup | | |
| | | CY fup | | |
| 06:00p | | JH fup | | |
| | | AT fup | | |
| | | JR fup | | |

| 1/17/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | ML mf | | CASEY F/D OUT | |
| 07:30a | RL mf | | | |
| 08:00a | BS fup | | MB fup | |
| | MW mf | | | |
| 08:30a | JW fup | | | |
| | KR fup | | | |
| 09:00a | AP fup | | SW fup | JH mf |
| 09:30a | | | WM mf | DF fup |
| 10:00a | HC fup | CB mf | CA mf | BR spec |
| | MS np | | PK mf | |
| 10:30a | | KW mf | | |
| 11:00a | | CE mf | RK fup | TB fup |
| | | | KS mf | RD fup |
| | | | KO fup | |
| 11:30a | | AS fup | | |
| 12:00p | NH np | | ND fup | |
| 12:30p | | | | |
| 01:00p | RG mf | | EA np | JL mf |
| | | | | |
| 01:30p | | | | |
| 02:00p | PP fup | | PP mf | JB np |
| | | | CS mf | |
| 02:30p | | | PC fup | |
| 03:00p | TF fup | VP fup | JS fup | NG mf |
| | | RR mf | JA fup | |
| 03:30p | | RS mf | | JW mf |
| | | EB fup | | |
| 04:00p | | SF fup | CL mf | TS np |
| | | JR fup | CF mf | |
| | | | MD fup | |
| 04:30p | | | | |
| 05:00p | | IC fup | | |
| | | ML fup | | |
| 05:30p | | WH fup | | |
| | | AH fup | | |
| | | BS fup | | |
| 06:00p | | JH fup | | |
| | | DS fup | | |
| | | SW fup | | |
| | | RS fup | | |
| | | CD fup | | |
| | | | | |
| | | | | |
| | | | | |

| 1/18/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | ML mf | | | |
| | CL fup | | | |
| 07:30a | RO fup | | | |
| 08:00a | MZ mf | | SS fup | |
| | SC fup | | ND fup | |
| 08:30a | MB mf | | MW fup | MS fup |
| | CA fup | | | |
| 09:00a | NR mf | | RB mf | RW fup |
| | KC fup | | | PK fup |
| 09:30a | EH mf | | PC mf | JC fup |
| | CM mf | | RS mf | |
| 10:00a | GR fup | LC mf | KH fup | IG mf |
| | WB fup | CF mf | JM mf | JM mf |
| | RF mf | | | |
| 10:30a | | | MI mf | |
| 11:00a | | PB fup | AI mf | NR mf |
| | | HT fup | DK fup | BG fup |
| 11:30a | | JD mf | | |
| 12:00p | RH mf | MB mf | | |
| | | DB mf | | |
| 12:30p | SL fup | JC mf | | |
| 01:00p | CF mf | JW fup | | NV mf |
| | | PT mf | | IL mf |
| 01:30p | NS mf | | | |
| 02:00p | DC fup | | LB mf | BH np |
| | | | JS fup | |
| 02:30p | SR np | | EA mf | |
| 03:00p | | DD mf | MM mf | |
| | | CD fup | GJ fup | |
| | | IC fup | | |
| 03:30p | | EB fup | JP fup | SS fup |
| | | JP fup | | |
| 04:00p | | LL mf | DL fup | CT mf |
| | | LL fup | | JW mf |
| 04:30p | | KT fup | | |
| | | AM fup | | |
| 05:00p | | KB fup | | |
| | | WF fup | | |
| | | TC fup | | |
| 05:30p | | AG mf | | |
| | | TW fup | | |
| | | SG fup | | |
| 06:00p | | AT fup | | |
| | | PA fup | | |
| | | SP fup | | |

| 1/19/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | | | | |
| 07:30a | RS  mf | | | |
| | SJ  fup | | | |
| | MD  fup | | | |
| 08:00a | BS  fup | | | |
| | MW  mf | | | |
| 08:30a | JW  fup | | | |
| | SC  fup | | | |
| 09:00a | KR  fup | | | |
| | AP  fup | | | |
| 09:30a | MZ  mf | | | |
| | KC  fup | | | |
| 10:00a | MS  fup | | | |
| | SR  fup | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | CH  np | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | | | | |
| | | | | |
| 01:30p | CM  mf | | | |
| 02:00p | PP  fup | | | |
| | | | | |
| 02:30p | | | | |
| 03:00p | | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | TF  fup | | | |
| | NH  mf | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 1/20/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| | MARIA F/D OUT | | | |
| 07:00a | ML mf | | | |
| | CL fup | | | |
| | MD fup | | | |
| 07:30a | RO fup | | | |
| | HC fup | | | |
| | CG fup | | | |
| 08:00a | JW fup | | SS fup | JC fup |
| | MW mf | | MB fup | |
| 08:30a | SR fup | | EA mf | MS fup |
| | AP fup | | | |
| 09:00a | MS fup | | GJ fup | RW fup |
| | NR mf | | RB mf | PK fup |
| 09:30a | EH mf | PT mf | | CT mf |
| | MB mf | | | |
| 10:00a | GR fup | LC mf | KH fup | PD mf |
| | | KB fup | JM mf | |
| | | AS fup | | |
| 10:30a | | CF mf | MI mf | TB fup |
| | | CB mf | | |
| 11:00a | SP nf | PB fup | AI mf | NR mf |
| | | HT fup | PC fup | BG fup |
| 11:30a | | DK fup | | |
| | | LL mf | | |
| 12:00p | RH mf | MB mf | | |
| | SW np | J ? Fup | | |
| | | DB fup | | |
| 12:30p | SB mf | JC mf | | JM mf |
| | SL fup | AM fup | | |
| 01:00p | ? Mf | JW fup | CA mf | NV mf |
| | NS mf | JD mf | SG fup | IL mf |
| 01:30p | RF mf | | DM mf | |
| | CM mf | | | |
| 02:00p | C spec | | RK fup | IG mf |
| | AJ np | | LB mf | |
| 02:30p | TF fup | | PC mf | RW ? |
| | | | | |
| 03:00p | CF mf | AM ? | MM mf | |
| | | DD mf | BG fup | |
| | | CH np | | |
| 03:30p | | VP fup | MD fup | SS fup |
| | | | SR fup | |
| 04:00p | | LL mf | DL FUP | ? ? |
| | | LL fup | CL mf | |
| 04:30p | | JG np | | |

| 1/20/2012 PAGE 2 | | Craig Dye | | |
|---|---|---|---|---|
| 4:30P | | TC  fup | | |
| 05:00p | | KT  fup | | |
| | | JR  fup | | |
| | | BS  fup | | |
| 05:30p | | AG  mf | | |
| | | WH  fup | | |
| | | AH  fup | | |
| | | BS  fup | | |
| 06:00p | | PA  fup | | |
| | | SP  fup | | |
| | | RS  fup | | |
| | | SW  fup | | |

| 1/21/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CS  mf | | | |
| | | | | |
| 07:30a | | | | |
| 08:00a | AT  fup | | | |
| | SJ  fup | | | |
| 08:30a | DC  fup | | | |
| | MZ  mf | | | |
| 09:00a | SM  fup | | | |
| | WF  fup | | | |
| 09:30a | RS  mf | | | |
| | CM  mf | | | |
| 10:00a | NH  mf | | | |
| | KO  fup | | | |
| | JL  np | | | |
| 10:30a | PP  mf | | | |
| | PP  fup | | | |
| 11:00a | CY  fup | | | |
| | HC  fup | | | |
| 11:30a | MJ  mf | | | |
| | MC  np | | | |
| 12:00p | | | | |
| | | | | |
| 12:30p | | | | |
| 01:00p | | | | |
| | | | | |
| 01:30p | | | | |
| 02:00p | | | | |
| | | | | |
| 02:30p | | | | |
| 03:00p | | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ?/?/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | RL  np | | | |
| | CL  fup | | | |
| | LN  fup | | | |
| 07:30a | JA  fup | | | |
| | MD  fup | | | |
| 08:00a | MW  mf | | | |
| | CM  mf | | | |
| 08:30a | SR  fup | | | |
| | MC  fup | | | |
| 09:00a | AP  fup | | | |
| | DV  np | | | |
| | JH  mf | | | |
| 09:30a | CF  mf | | | |
| | JL  fup | | | |
| 10:00a | CT  mf | | | |
| | SL  fup | | | |
| | SH  fup | | | |
| 10:30a | | | | |
| 11:00a | PM  np | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | SW  mf | | | |
| | MJ  mf | | | |
| 12:30p | MC  fup | | | |
| | ??? | | | |
| 01:00p | WB  np | | | |
| | JH  fup | | | |
| | AL  mf | | | |
| 01:30p | CM  mf | | | |
| | MZ  mf | | | |
| 02:00p | EH  mf | | | |
| | RH  mf | | | |
| 02:30p | ST  mf | | | |
| | AM  fup | | | |
| 03:00p | NH  mf | | | |
| | SP fup | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |

| 1/23/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CL fup | | | |
| | RO fup | | | |
| 07:30a | SJ fup | | | |
| | MD fup | | | |
| 08:00a | RF mf | | | |
| | SC fup | | | |
| 08:30a | JC fup | | | |
| | CG fup | | | |
| 09:00a | KC fup | | | |
| | NR mf | | | |
| 09:30a | CF mf | | | |
| | MC mf | | | |
| 10:00a | AP fup | | | |
| | AD np | | | |
| 10:30a | · | | | |
| 11:00a | JH np | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | RH mf | | | |
| | SW mf | | | |
| 12:30p | JM np | | | |
| 01:00p | F ?? | | | |
| | MJ mf | | | |
| 01:30p | CM mf | | | |
| | NS mf | | | |
| 02:00p | SL fup | | | |
| | JB np | | | |
| 02:30p | NC mf | | | |
| | JL fup | | | |
| 03:00p | JA fup | | | |
| | SS fup | | | |
| | SP fup | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ?/?/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|----------|-------------|-----------|--------------|-------------|
| 07:00a | ML  mf | | | |
| | RL  fup | | | |
| | TL  fup | | | |
| 07:30a | FD ?  fup | | | |
| | JW  fup | | | |
| 08:00a | MW  mf | | | |
| | GR  fup | | | |
| 08:30a | AS  fup | | | |
| | SC  fup | | | |
| 09:00a | KC  fup | | | |
| | CM  mf | | | |
| 09:30a | MB  mf | | | |
| | LL fup | | | |
| 10:00a | HG  fup | | | |
| | JG  fup | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | RM  mf | | | |
| | DE  np | | | |
| 12:30p | | | | |
| 01:00p | RH  np | | | |
| | | | | |
| 01:30p | NS  mf | | | |
| 02:00p | PP  mf | | | |
| | PP  mf | | | |
| 02:30p | TL  fup | | | |
| | PA  fup | | | |
| 03:00p | JM  fup | | | |
| | TF  fup | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 1/25/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CL fup | | | |
| | RO fup | | | |
| | LN fup | | | |
| 07:30a | ML mf | | | |
| | MC fup | | | |
| 08:00a | HC fup | | SS fup | HHH OUT |
| | | | DF fup | |
| 08:30a | JC fup | | MS fup | |
| | AM mf | | MW fup | |
| 09:00a | KC fup | | PK fup | |
| | EH mf | | RB mf | |
| 09:30a | CF mf | | RS mf | |
| | MC mf | | | |
| 10:00a | MJ mf | CF mf | KH fup | |
| | SR fup | RW fup | MI mf | |
| 10:30a | | PT mf | PC mf | |
| | | CB mf | EA mf | |
| 11:00a | | PB mf | | |
| | | NR mf | | |
| 11:30a | | CH mf | | |
| | | HT fup | | |
| 12:00p | RH mf | MB mf | | |
| | ST np | DB fup | | |
| 12:30p | SW mf | JC mf | | |
| | JL fup | | | |
| 01:00p | MA np | RS np | JR np | |
| | | ML fup | | |
| | | JW fup | | |
| 01:30p | CM mf | | DM mf | |
| | NS mf | | | |
| 02:00p | AL np | | IG mf | |
| | NR mf | | JP mf | |
| 02:30p | SL fup | | MD fup | |
| | SS fup | | | |
| 03:00p | JA fup | DD mf | MM mf | |
| | SP fup | CK np | GJ fup | |
| | | EB fup | | |
| 03:30p | | LL mf | SR fup | |
| | | JL fup | | |
| | | IL mf | | |
| 04:00p | | ES fup | JW mf | |
| | | VP fup | | |
| 04:30p | | TC fup | | |
| | | PH fup | | |
| | | SB np | | |

Ex. 2, p. 35

| 1/25/2012 | PAGE 2 | Craig Dye | | |
|---|---|---|---|---|
| 05:00p | | KT  fup | | |
| | | KB  fup | | |
| 05:30p | | AG  mf | | |
| | | SG  fup | | |
| | | RS  fup | | |
| 06:00p | | PA  fup | | |
| | | TW  fup | | |
| | | SW  fup | | |
| | | JH  fup | | |

| 1/27/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CL fup | | | |
| | RO fup | | | |
| | LN fup | | | |
| 07:30a | ML mf | | | |
| | MD fup | | | |
| 08:00a | NS mf | | SS fup | ELAINE HHI OUT |
| | MW mf | | RB mf | |
| 08:30a | JC fup | | MS fup | |
| | SR fup | | | |
| 09:00a | KC fup | | | |
| | NR mf | | | |
| 09:30a | CF mf | KB mf | AM mf | |
| | | | CS mf | |
| 10:00a | SPEC ? | RW fup | KH fup | |
| | ?S fup | CF mf | | |
| | SH fup | KB fup | | |
| 10:30a | | PH fup | PC mf | |
| | | PT mf | MT mf | |
| 11:00a | | PB mf | AI mf | |
| | | IL mf | SG fup | |
| | | RS fup | | |
| 11:30a | AL mf | NR mf | | |
| | | HT fup | | |
| 12:00p | RH mf | MB mf | | |
| | SB mf | DB fup | | |
| | AM fup | | | |
| 12:30p | CM mf | JC mf | | |
| | NH mf | JL mf | | |
| 01:00p | RG mf | ML fup | DK fup | |
| | SW mf | JW fup | JM mf | |
| | | CH mf | | |
| 01:30p | CM mf | | DM mf | |
| | RF mf | | | |
| 02:00p | JL fup | | IG mf | |
| | ST mf | | | |
| 02:30p | SL fup | | JP fup | |
| | TW fup | | | |
| 03:00p | TF fup | DD mf | MM mf | |
| | SS fup | JE fup | GJ mf | |
| | SP fup | JL fup | | |
| 03:30p | PD mf | LL mf | BG fup | |
| | | AM fup | DF fup | |
| | | RS mf | | |
| 04:00p | CM np | VP fup | JW mf | |
| | | ES fup | MD fup | |

| 1/27/2012 | PAGE 2 | Craig Dye | | |
|-----------|--------|-----------|---|---|
| 04:30p | | JG fup | | |
| | | RJ fup | | |
| 05:00p | CY FUP | KT fup | | |
| | | TC fup | | |
| 05:30p | | AG mf | | |
| | | WH fup | | |
| | | AH fup | | |
| | | BS fup | | |
| 06:00p | | PA fup | | |
| | | SW fup | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ?/?/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| | MARIA F/D OUT | | | |
| 07:00a | ML  mf | | | |
| | CL  fup | | | |
| | MD  fup | | | |
| 07:30a | RO  fup | | | |
| | HC  fup | | | |
| | CG  fup | | | |
| 08:00a | JW  fup | | | |
| | MW  mf | | | |
| 08:30a | SR  fup | | | |
| | AP  fup | | | |
| 09:00a | MS  fup | | | |
| | NR  mf | | | |
| 09:30a | EH  mf | | | |
| | MB  mf | | | |
| 10:00a | GR  fup | | | |
| | | | | |
| 10:30a | | | | |
| 11:00a | SP  np | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | RH  mf | | | |
| | SW  np | | | |
| 12:30p | SB  mf | | | |
| | SL  fup | | | |
| 01:00p | RG  mf | | | |
| | NS  mf | | | |
| 01:30p | RF  mf | | | |
| | CM  mf | | | |
| 02:00p | C spec | | | |
| | AJ  np | | | |
| 02:30p | TF  fup | | | |
| 03:00p | CF  mf | | | |
| | | | | |
| 03:30p | | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |

| 2/1/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | SC np | | | |
| | LN fup | | | |
| 07:30a | CL fup | | | |
| | MC fup | | | |
| 08:00a | MZ mf | | DF fup | |
| | HC fup | | SS fup | |
| 08:30a | MC mf | | MT mf | |
| | AM mf | | | |
| 09:00a | MJ mf | | RB mf | |
| | DV mf | | MW fup | |
| 09:30a | CF mf | | MI mf | |
| | JL fup | | | |
| 10:00a | CT mf | CF mf | KH fup | |
| | CM np | RD fup | TS fup | |
| | SH fup | BF mf | | |
| | | K spec | | |
| 10:30a | | PT mf | SN fup | |
| | | RW fup | | |
| 11:00a | | PB mf | AI mf | |
| | | JE fup | JM mf | |
| 11:30a | | RC mf | | |
| | | NR mf | | |
| 12:00p | SW mf | MB mf | | |
| | RH mf | DB fup | | |
| 12:30p | WB fup | RJ fup | | |
| | AL mf | JC mf | | |
| 01:00p | IL mf | JP fup | PD mf | |
| | SR fup | JW fup | PB mf | |
| 01:30p | CM mf | PP fup | RS mf | |
| | SL fup | RT fup | DM mf | |
| 02:00P | TANA/PAIGE OUT | | | |
| 02:00p | EH mf | | IG mf | |
| | CM mf | | JP fup | |
| 02:30p | ST mf | | SM mf | |
| | SB mf | | | |
| 03:00p | SP fup | JL fup | MM mf | |
| | SS fup | DD mf | GJ fup | |
| | | CH mf | | |
| | | EB fup | | |
| 03:30p | CS np | LL mf | JR mf | |
| | | VP fup | DL fup | |
| | | RS mf | | |
| 04:00p | | ES fup | JW mf | |
| | | HS fup | CL mf | |
| | | JA fup | | |

Ex. 2, p. 40

| 2/1/2012 | PAGE 2 | | Craig Dye | | |
|---|---|---|---|---|---|
| 04:30p | | | TW np | | |
| | | | TC fup | | |
| | | | AM fup | | |
| | | | CK fup | | |
| 05:00p | | | KT fup | | |
| | | | ML fup | | |
| | | | KB fup | | |
| 05:30p | | | RM fup | | |
| | | | SG fup | | |
| | | | RS fup | | |
| 06:00p | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Ex. 2, p. 41

| 2/7/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | CL  fup | | | |
| | MD  fup | | | |
| 07:30a | KM  fup | | | |
| 08:00a | MW  mf | | MB  fup | |
| | NS  mf | | MT  mf | |
| 08:30a | FB  fup | | OD  mf | |
| | TIFFANY spec | | | |
| 09:00a | AP  fup | | RS  mf | |
| | | | BG  fup | |
| | | | PC  mf | |
| 09:30a | CH  np | | WM  mf | |
| | | | | |
| 10:00a | RF  mf | JB  np | CA  mf | |
| | JH  mf | | AI  mf | |
| 10:30a | | VW  mf | MI  mf | |
| | | JL  mf | | |
| 11:00a | KP  np | PG  fup | KO  fup | |
| | | LD  fup | KS  mf | |
| | | JO  fup | MS  fup | |
| 11:30a | MARIA P/D  OUT | | | |
| | | | | |
| 12:00p | CG  fup | JA  np | | |
| | TRAIN TT & PL  OUT | EH  mf | | |
| 12:30p | | RC  mf | | |
| | | | | |
| 01:00p | TRAIN TT & PL  OUT | JW  fup | TS  fup | |
| | | CH  mf | RB  fup | |
| | PM  np | CS  mf | | |
| 01:30p | W/JEFF MTG  OUT | | JM  mf | |
| 02:00p | CM  mf | | SB  np | |
| 02:30p | W/JEFF MTG  OUT | | | |
| 03:00p | PP  fup | CS  fup | PP  mf | |
| | TF  fup | KS  fup | | |
| | | EB  fup | | |
| 03:30p | | KW  mf | | |
| | | JS  mf | | |
| 04:00p | | MC  fup | CL  mf | |
| | | | GR  fup | |
| 04:30p | | PH  fup | | |
| | | JG  fup | | |
| | | DS  fup | | |
| 05:00p | | JW  fup | | |
| | | JS  mf | | |
| | | CY  fup | | |

| 2/7/2012 | PAGE 2 | Craig Dye | | |
|----------|--------|-----------|---|---|
| 05:30p | | WH  fup | | |
| | | SG  fup | | |
| | | JR  fup | | |
| 06:00p | | JH  fup | | |
| | | DS  fup | | |
| | | AR  np | | |

| ?/?/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | RL  fup | | | |
| | | | | |
| 07:30a | AJ  mf | | | |
| | MD  fup | | | |
| | | | | |
| 08:00a | SJ  fup | | | |
| | NS  mf | | | |
| 08:30a | NR  mf | | | |
| | | | | |
| 09:00a | AP  fup | | | |
| | BM  fup | | | |
| 09:30a | JM  mf | | | |
| | INTEXIT PAIGE | | | |
| 10:00a | CM  mf | | | |
| | JH  fup | | | |
| 10:30a | NH  mf | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | MTG STAFF | | | |
| | | | | |
| 12:30p | | | | |
| | | | | |
| 01:00p | CG  np | | | |
| | RF  mf | | | |
| 01:30p | MTG/JEFF | | | |
| | PM  mf | | | |
| 02:00p | PP  fup | | | |
| | JH  np | | | |
| 02:30p | SS  fup | | | |
| 03:00p | RG  mf | | | |
| | TF  fup | | | |
| 03:30p | NF  np | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ?/?/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| | | | | |
| 07:00a | SC np | | | |
| | LN fup | | | |
| | | | | |
| 07:30a | CL fup | | | |
| | MC fup | | | |
| | | | | |
| 08:00a | MZ mf | | | |
| | HC fup | | | |
| 08:30a | MC mf | | | |
| | JM mf | | | |
| 09:00a | MJ mf | | | |
| | DV mf | | | |
| 09:30a | CF mf | | | |
| | JL fup | | | |
| 10:00a | CT mf | | | |
| | CM np | | | |
| | SH fup | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | SW mf | | | |
| | RH mf | | | |
| 12:30p | WB fup | | | |
| | AL mf | | | |
| 01:00p | IL mf | | | |
| | SR fup | | | |
| 01:30p | CM mf | | | |
| | SL fup | | | |
| 02:00p | OUT TANA/PAIGE | | | |
| | EH mf | | | |
| | CM mf | | | |
| 02:30p | ST mf | | | |
| | SB mf | | | |
| 03:00p | SP fup | | | |
| | SS fup | | | |
| 03:30p | CS np | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |
| | | | | |

| ?/?/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | MD  fup | | | |
| | SC  mf | | | |
| | LN  fup | | | |
| | JL  fup | | | |
| 07:30a | EH  mf | | | |
| | CM  fup | | | |
| | | | | |
| 08:00a | FB  np | | | |
| | NF  fup | | | |
| 08:30a | MC  mf | | | |
| | AP  fup | | | |
| | GD  fup | | | |
| 09:00a | JM  mf | | | |
| | DV  mf | | | |
| 09:30a | CF  mf | | | |
| | DB  mf | | | |
| | WB  fup | | | |
| 10:00a | CT  mf | | | |
| | SR  fup | | | |
| | MC  fup | | | |
| 10:30a | SH  fup | | | |
| 11:00a | CM  mf | | | |
| | | | | |
| 11:30a | | | | |
| 12:00p | MJ  mf | | | |
| | RH  mf | | | |
| 12:30p | LH  fup | | | |
| | SL  fup | | | |
| 01:00p | AL  mf | | | |
| | PM  mf | | | |
| 01:30p | CM  mf | | | |
| | JH  fup | | | |
| 02:00p | CS  mf | | | |
| | CM  mf | | | |
| 02:30p | ST  mf | | | |
| | NC  mf | | | |
| 03:00p | SS  fup | | | |
| | SP  fup | | | |
| 03:30p | JA  fup | | | |
| 04:00p | | | | |
| | | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |

| ?/?/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|----------|--------------|-----------|--------------|-------------|
| 07:00a | SC mf | | | |
| | DB np | | | |
| | LN fup | | | |
| 07:30a | MD fup | | | |
| 08:00a | MW mf | | | |
| | NS mf | | | |
| 08:30a | MC mf | | | |
| | NR mf | | | |
| 09:00a | MJ mf | | | |
| | RF mf | | | |
| 09:30a | CL fup | | | |
| | CT mf | | | |
| | WB fup | | | |
| 10:00a | JM mf | | | |
| | SR fup | | | |
| | SH fup | | | |
| 10:30a | | | | |
| 11:00a | | | | |
| 11:30a | LH np | | | |
| 12:00p | SW mf | | | |
| | RH mf | | | |
| | CS mf | | | |
| 12:30p | JH fup | | | |
| | AL mf | | | |
| 01:00p | SB mf | | | |
| | DV mf | | | |
| | PK fup | | | |
| 01:30p | CM mf | | | |
| | CM mf | | | |
| 02:00p | NF fup | | | |
| | RG mf | | | |
| | JH mf | | | |
| 02:30p | SL fup | | | |
| | ST mf | | | |
| 03:00p | SP fup | | | |
| | EH mf | | | |
| | TF fup | | | |
| 03:30p | JS mf | | | |
| | SS fup | | | |
| 04:00p | HS fup | | | |
| | MC fup | | | |
| 04:30p | | | | |
| 05:00p | JW np | | | |
| | | | | |
| 05:30p | | | | |

| 2/10/2012 | Chris Fisher | Craig Dye | Ty Delmonico | Elaine Ryan |
|---|---|---|---|---|
| 07:00a | ND fup | | | |
| | LN fup | | | |
| | JL fup | | | |
| 07:30a | NF fup | | | |
| | TS fup | | | |
| 08:00a | KM fup | | | |
| | CS fup | | | |
| | MW mf | | | |
| 08:30a | NS mf | | | |
| | MC mf | | | |
| | JB np | | | |
| 09:00a | JM mf | | | |
| | DF fup | | | |
| | RB mf | | | |
| 09:30a | MJ mf | | | |
| | CF mf | | | |
| | WB fup | | | |
| | SH fup | | | |
| 10:00a | SR fup | | | |
| | MT mf | | | |
| | MI mf | | | |
| | CH fup | | | |
| 10:30a | | | | |
| 11:00a | SC np | | | |
| 11:30a | | | | |
| 12:00p | RH mf | | | |
| | SW mf | | | |
| | EH mf | | | |
| 12:30p | MS mf | | | |
| | RF mf | | | |
| | JH fup | | | |
| 01:00p | CA mf | | | |
| | AL mf | | | |
| 01:30p | CM mf | | | |
| | SB mf | | | |
| | PC mf | | | |
| 02:00p | ST mf | | | |
| | JP fup | | | |
| 02:30p | SL fup | | | |
| | SS fup | | | |
| | MM mf | | | |
| 03:00p | GJ fup | | | |
| | TF fup | | | |
| 03:30p | MC spec | | | |
| | RS mf | | | |

| 2/10/2012 | Chris Fisher | | | |
|-----------|--------------|--|--|--|
| 3:30P | MC fup | | | |
| 04:00p | YD fup | | | |
| | CL mf | | | |
| 04:30p | | | | |
| 05:00p | | | | |
| | | | | |
| 05:30p | | | | |
| 06:00p | | | | |