DRAYER PHYSICAL THERAPY INSTITUTE, LLC
## KEY INDICATOR REPORT
CENTER NAME: Bluffton
For the week ending: 08/12/11

# Exhibit 3

(Post file to Public Folder in Email and email to your RVP by 2pm on Monday)

## Weekly Patient Management Results

| Indicator | | Actual | Actual % | Target % |
|---|---|---|---|---|
| Scheduled Visits (Seen + C/NS - Recap) | | 303 | | |
| Total Visits Seen | | 289 | 95.4% | 92.0% |
| Total Nonbillable Visits | | 11 | | |
| Total Billable Visits | | 278 | | |
| Avg Daily Billable Census for the wk | | 55.6 | | |
| Est ADC based upon 5 prior wks NP avg/ Est ADC | 20.2 | 56.1 | | |
| MTD Average Daily Billable Census | | 54.4 | | |
| Budgeted Avg Daily Billable Census | | 51.0 | | |
| Cancellations | | 19.0 | | |
| No-Shows | | 11.0 | | |
| Total C/NS | | 30.0 | 9.9% | 12.0% |
| Recaptured Visits - see definition——> | | 16.0 | 53.3% | 40.0% |

## Billing Office Performance:

| | | |
|---|---|---|
| Cash collected through | 10 | business days |
| out of a monthly total of | 23 | business days. |
| Run Rate | 79,177 | |
| Cash Goal | 168,000 | |
| Variance | (88,823) | |

Note: New patient count includes nonbillable but excludes 1x only visits.

| | | |
|---|---|---|
| Estimated Avg LOS = | 13.3 | |
| New Patients Treated | 22.0 | = Ref. Log Total |
| New Patient Target | 18.4 | To meet budget. |
| Variance | 3.6 | |

Cx/Ns rescheduled on a different day in the same week.

## Therapist Statistics

| Therapist | Total New | Total D/C | ADC | % Seen 3x / Wk | Units Per Visit | Avg Charge |
|---|---|---|---|---|---|---|
| 1 CHRIS | 12 | 2 | 27.2 | 70.0% | 4.75 | 167.85 |
| 2 CRAIG | 8 | 2 | 19.4 | 80.6% | 4.65 | 164.54 |
| 3 TY | 2 | 1 | 11.2 | 62.5% | 4.67 | 166.91 |
| 4 ELAINE | 0 | 0 | 0.0 | 55.6% | 0.00 | 0.00 |
| 5 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 6 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 7 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 8 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 9 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 0 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 12 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 3 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 1 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 5 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 16 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 9 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| 0 NAME | 0 | 0 | 0.0 | 0.0% | 0.00 | 0.00 |
| TOTALS | 22 | 5 | 57.8 | 69.4% | 4.70 | 166.55 |
| Variance from Above | | | | | 0.00 | 0.00 |

## Chart Audits
Audit 2 full wks for all new patients 3 wks prior.

| Goal = 85%. | | Actual | Tx | POC % |
|---|---|---|---|---|
| 1 CHRIS | | 15 | 16 | 94% |
| 2 CRAIG | | 18 | 18 | 100% |
| 3 TY | | 4 | 4 | 100% |
| 4 ELAINE | | 13 | 18 | 72% |
| 5 NAME | | 0 | 0 | 0% |
| 6 NAME | | 0 | 0 | 0% |
| 7 NAME | | 0 | 0 | 0% |
| 8 NAME | | 0 | 0 | 0% |
| 9 NAME | | 0 | 0 | 0% |
| 10 NAME | | 0 | 0 | 0% |
| 11 NAME | | 0 | 0 | 0% |
| 12 NAME | | 0 | 0 | 0% |
| 13 NAME | | 0 | 0 | 0% |
| 14 NAME | | 0 | 0 | 0% |
| 15 NAME | | 0 | 0 | 0% |
| 16 NAME | | 0 | 0 | 0% |
| 17 NAME | | 0 | 0 | 0% |
| 18 NAME | | 0 | 0 | 0% |
| 19 NAME | | 0 | 0 | 0% |
| 20 NAME | | 0 | 0 | 0% |
| TOTALS | | 50 | 56 | 89% |

## Comments

## Active Patient Data

| | |
|---|---|
| Active Patients - Current Week | 106 |
| Active Patients - Prior Week | 114 |
| Average Visits / Patient | 2.57 |
| % of Patients Seen 3X / Week | 69.4% |
| % of Patients Seen 2X / Week | 18.5% |
| % of Patients Seen 1X / Week | 12.0% |