# EXHIBIT 4

## CALCULATION OF UPCODING OVERBILLING

### Assumptions

100 Medicare patients seen per week  (¶ 53 of the complaint )
81% of Medicare patients upcoded  (¶ 54 of the complaint)
Average number of one-on-one units billed Medicare patient/visit    4  (¶ 41)
Average amount billed Medicare for 4 units of one-on-one services   $118.68
(¶40)
Average amount billed Medicare for 1 unit of one-on-one services   $29.67 (¶41)

Amount that Medicare should have been billed in 2011      $18.39
     for group services  (Exhibit 1, p. 6)

### Amount of Overpayment per Medicare visit

Total Amount Fraudulently Charged by Drayer per Medicare visit =   $118.68
Total Amount Charged if grouped bill per Medicare visit        =    18.39
Amount Overbilled per Medicare Visit              =    $100.29

### Amount Overbilled per Week

100 Medicare Visits per week x 81% visits overbilled x $100.29   =   **$8,123.49**

### Amount Overbilled per Year (based on 2011 figures)

$8,123.49/week x 52 weeks                    = $422,421.48

### Amount Overbilled Since Bluffton Center Was Acquired by Drayer

6 years  x  $400,000/year (estimate)              = **$2,400,000.00**