IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*.<br>ALICIA STRICKLAND and<br>PAIGE PURCELL,<br><br>    Plaintiffs,<br><br>vs.<br><br>DRAYER PHYSICAL THERAPY INSTITUTE,<br>CHRIS FISHER,<br>JEFF FROMDAHL,<br>BRAD KEISLING,<br>MELISSA ZINK, and<br>TYRONE DELMONICO,<br><br>    Defendants. | Civil Action No. 9:13-cv-1781-SB |

**DO NOT PLACE IN PRESS BOX**
**DO NOT ENTER ON PACER**
**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730**
**AND LOCAL CIVIL RULE 5.03**

**CERTIFICATE OF SERVICE**

On June 28, 2013, I, Brooke Carson, legal assistant at Joe Griffith Law Firm, LLC, certify that I served the Complaint, Plaintiffs' Rule 26.01 Interrogatories, Civil Cover Sheet, Plaintiffs' Motion to File Complaint *In Camera* and Under Seal, Plaintiffs' Request to Withhold Issuance of Summonses, and Disclosure Statement upon the United States Attorney for the District of South Carolina and the United States Attorney General, at the addresses set forth below, by placing them in an envelope deposited in the United States Mail, appropriate postage pre-paid, certified mail, return receipt requested.

| | |
|---|---|
| United States Attorney General<br>Department of Justice<br>Room B-103<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | United States Attorney<br>District of South Carolina<br>Suite 500<br>Attention:  Civil Process Clerk<br>1441 Main Street<br>Columbia, SC  29201 |
| Charleston, South Carolina<br>June 28, 2013 | /s/ *Brooke Carson*<br>Legal Assistant<br>Joe Griffith Law Firm, LLC |

Respectfully submitted,

Joe Griffith Law Firm, LLC

/s/ *Joseph P. Griffith, Jr.*
_____
Joseph P. Griffith, Jr., Esquire (Fed.I.D. #2473)
Seven State Street
Charleston, South Carolina  29401
(843) 225-5563 (tel)
(843) 722-6254 (fax)
joegriffithjr@hotmail.com
www.joegriffith.com

Richard M. Greene
(*Pro Hac Vice* motion forthcoming)
204 Muirs Chapel Road
Greensboro, NC 27410
Phone:  336-834-2600
Fax:     336-834-2646
atty4rev@aol.com

Kenneth R. McAllister
(*Pro Hac Vice* motion forthcoming)
201 Neal Place
High Point, NC 27262
Phone:  336-882-4300
Fax:     336-882-4306
kmcallister@mcallisterlawfirm.com,

*Counsel for the Plaintiffs/Relators*