UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| The United States of America, | ) | |
| *ex rel.* Alicia Strickland and | ) | |
| Paige Purcell, | ) | |
| | ) | CA No.: 9:13-cv-01781 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **FILED UNDER SEAL** |
| Drayer Physical Therapy Institute, Chris Fisher, | ) | |
| Jeff Fromdahl, Brad Keisling, Melissa Zink | ) | |
| and Tyrone Delmonico, | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE ON ALL CLAIMS BROUGHT ON BEHALF OF THE UNITED STATES

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its election to intervene in this action for settlement purposes against the defendant Drayer Physical Therapy Institute. The United States intends to file a joint stipulation of dismissal, and an accompanying proposed order dismissing this action as to all claims made on behalf of the United States against Drayer Physical Therapy Institute.

The United States requests the seal be lifted as to the Complaint, this Notice, the accompanying proposed order and any subsequent filings including the Stipulation of Dismissal as to Drayer Physical Therapy Institute. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

<pre>
                         Respectfully submitted,

                         BETH DRAKE
                         Acting United States Attorney

                 By:     s/Jennifer J. Aldrich
                         Jennifer J. Aldrich (#6035)
                         Assistant United States Attorney
                         1441 Main Street, Suite 500
                         Columbia, South Carolina 29201
June 30, 2016            Telephone (803) 343-3176
</pre>