IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALICIA STRICKLAND and PAIGE PURCELL, <br><br> Plaintiffs, <br><br> vs. <br><br> DRAYER PHYSICAL THEREAPY INSTITUTE, CHRIS FISHER, JEFF FROMDAHL, BRAD KEISLING, MELISSA ZINK, and TYRONE DELMONICO, <br><br> Defendants. | C.A. No. 9:13-cv-01781-RMG |

**NOTICE OF VOLUNTARY DISMISSAL OF ATTORNEY'S FEES CLAIM
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Joseph P. Griffith, Jr., counsel for Alicia Strickland and Paige Purcell, hereby gives notice that any claim for attorney's fees, costs, and expenses has been settled and any further claim for attorney's fees, costs, and expenses in above-captioned action is voluntarily dismissed, with prejudice against the defendants.

/s/ *Joseph P. Griffith, Jr.*
_____
Joseph P. Griffith, Jr., Esq. (FedID#2473)
JOE GRIFFITH LAW FIRM, LLC
Seven State St.
Charleston SC  29401
(843) 225-5563
joegriffithjr@hotmail.com

Counsel for Alicia Strickland
and Paige Purcell

Charleston SC
October 11, 2016